1  Rona P. Layton (SBN: 121238)
2  P. Sophie Mai (SBN: 254361)
   SIMS & LAYTON
3  84 W. Santa Clara St., #660
   San Jose, CA  95113
4  (408) 998-3400

5  Attorneys for Defendant
   United Way Silicon Valley

6

7                    UNITED STATE DISTRICT COURT

8               NORTHERN DISTRICT OF CALIFORNIA

9                       SAN JOSE DIVISION

10
    Bonnie Zander,                        C08  01828
11
                        Plaintiff,        Case No: 1-08-CV-107176
12
    v.                                    NOTICE OF REMOVAL OF
13                                        ACTION UNDER 28 U.S.C. 1441(b)
    United Way Silicon Valley, A California  (FEDERAL QUESTION)
14  Corporation; and DOES 1 through 10,
    inclusive,
15
                        Defendants.
16

17

18      TO THE CLERK OF THE ABOVE-ENTITLED COURT:

19      PLEASE TAKE NOTICE that defendant United Way Silicon Valley  hereby removes to this

20  Court the state court action described below.

21      1. On March 3, 2008, an action was commenced in the Superior Court of the State of

22  California in and for the City of San Jose and County of Santa Clara, entitled Bonnie Zander  vs.

23  United Way Silicon Valley, Case Number 1-08-CV-107176, attached  hereto as Exhibit "A".

24      2. The first date upon which Defendant United Way Silicon Valley received a copy of the

25  complaint was on March 10, 2008, when defendant's attorney received  a copy of the complaint and

26  a summons from Plaintiff's Counsel along with an acknowledgment of receipt form. Service was

27  acknowledged on March 25, 2008. A copy of the signed acknowledgement, complaint and summons

28  are attached hereto as Exhibit "B".

                                    1

1        3. This action is a civil action of which this Court has original jurisdiction under 28 U.S.C.

2    1331, and is one which may be removed to this Court by defendant pursuant to the provisions of 28

3    U.S.C. 1441(b) in that it arises under the Fair Labor Standards Act, 29 U.S.C. §210.

4        4. No other defendants have been served with Summons and complaints.

5

6                                                        Respectfully Submitted,
                                                    SIMS & LAYTON

7    Dated: _5/26/08_

                                                Rona P. Layton, Attorney for Defendant,

8                                                    UNITED WAY SILICON VALLEY, Inc.

    Dated: _5/25/08_

9

                                                  P. Sophie Mai, Attorney for Defendant,

10                                                   UNITED WAY SILICON VALLEY, Inc.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2

## PROOF OF SERVICE BY MAIL

3

RE:    BONNIE ZANDER V. UNITED WAY SILICON VALLY, ET.AL.
4          CASE NO.:**1-08-CV-107176**

5

6              I, the undersigned, declare:

7

8              That I am a citizen of the United States, over the age of eighteen years, a resident of
Santa Clara County, California, and not a party to the within action or cause; that my business address
is 84 W. Santa Clara Street, Suite 660, San Jose, California; that I served a copy of the attached which
9    had been printed on recycled paper:

10    **NOTICE OF REMOVAL OF ACTION UNDER 28 U.S.C. 1441(b)
(FEDERAL QUESTION)**

11

12    by placing said copy in an envelope addressed to:

13    Megan Ross Hutchins, Esq.
Law Offices of Michael L. Tracy
14    2030 Main Street, Suite 1300
Irvine, CA 92614

15

16    which envelope was then sealed and, with postage fully prepaid thereon, was on April 4, 2008
deposited in the United States mail, at San Jose, California; that there is delivery service by United
17    States mail at the place so addressed.

18              I declare under penalty of perjury that the foregoing is true and correct.

19              Executed on April 4, 2008 at San Jose, California.

20

21

22              MARIANNE BATEMAN

23

24

25

26

27

28

**SUM-100**

# SUMMONS
## *(CITACION JUDICIAL)*

FOR COURT USE ONLY
*(SOLO PARA USO DE LA CORTE)*

) Wendel

**NOTICE TO DEFENDANT:**
*(AVISO AL DEMANDADO):*
UNITED WAY SILICON VALLEY, a California corporation; and
DOES 1 through 10, inclusive

**YOU ARE BEING SUED BY PLAINTIFF:**
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*
BONNIE ZANDER, an individual

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (www.lawhelpcalifornia.org), the California Courts Online Self-Help Center (www.courtinfo.ca.gov/selfhelp), or by contacting your local court or county bar association.

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.courtinfo.ca.gov/selfhelp/espanol/), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.courtinfo.ca.gov/selfhelp/espanol/) o poniéndose en contacto con la corte o el colegio de abogados locales.*

The name and address of the court is:
*(El nombre y dirección de la corte es):*
SUPERIOR COURT OF CALIFORNIA, COUNTY OF SANTA CLARA
DOWNTOWN District
191 N. FIRST STREET, SAN JOSE, CA 95113

CASE NUMBER:
*(Número del Caso):* 0 8 C V 1 0 7 1 7 6

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
MEGAN ROSS HUTCHINS (Bar # 227776)
LAW OFFICE OF MICHAEL L. TRACY
2030 MAIN STREET, SUITE 1300, IRVINE, CA 92614

Phone No.:(949) 260-9171
Fax No.:(866) 365-3051

DATE:
*(Fecha)* MAR – 3 2008

Kiri Torre
Chief Executive Officer/Clerk

Clerk, by _____, Deputy
*(Secretario)*                 *(Adjunto)*

Wendel

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citación use el formulario Proof of Service of Summons, (POS-010)).*

**NOTICE TO THE PERSON SERVED:** You are served

[SEAL]

1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*

3. ☐ on behalf of *(specify):*

   under: ☐ CCP 416.10 (corporation)        ☐ CCP 416.60 (minor)
          ☐ CCP 416.20 (defunct corporation) ☐ CCP 416.70 (conservatee)
          ☐ CCP 416.40 (association or partnership) ☐ CCP 416.90 (authorized person)
          ☐ other *(specify):*
4. ☐ by personal delivery on *(date):*

Page 1 of 1

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465

*LexisNexis® Automated California Judicial Council Forms*

1  MICHAEL L. TRACY, ESQ., SBN 237779
   MEGAN ROSS HUTCHINS, ESQ., SBN 227776
2  LAW OFFICES OF MICHAEL TRACY
3  2030 Main Street, Suite 1300
   Irvine, CA  92614
4  T: (949) 260-9171
   F: (866) 365-3051
5
   Attorneys for Plaintiff BONNIE ZANDER
6

7

8              SUPERIOR COURT OF CALIFORNIA

9                 COUNTY OF SANTA CLARA

10

11 BONNIE ZANDER, an individual          Case No.:   1 0 8 C V 1 0 7 1 7 6

12          Plaintiff,                   **COMPLAINT FOR UNPAID OVERTIME
                                         UNDER CALIFORNIA LABOR CODE,
13     vs.                               MEAL BREAKS, IMPROPER PAY STUBS,
                                         OVERTIME UNDER THE FLSA, FAILURE
14 UNITED WAY SILICON VALLEY, A          TO PRODUCE RECORDS, AND UNFAIR
   CALIFORNIA CORPORATION;  and DOES 1   BUSINESS PRACTICES**
15 through 10, inclusive,
                                         **DEMAND FOR JURY TRIAL**
16          Defendants.

17 Plaintiff, BONNIE ZANDER, alleges:

18                  <u>GENERAL ALLEGATIONS</u>

19     1.    This Court is the proper court and this action is properly filed in the County of Santa

20 Clara and in this judicial district because Defendants do business in the County of Santa Clara, and

21 because Defendants' obligations and liabilities arise therein, and because the work that was

22 performed by Plaintiff in the County of Santa Clara is the subject of this action. Venue as to each

23 defendant is proper in this judicial district, pursuant to Code of Civil Procedure §395.

24     2.    The true names and capacities of DOES 1 through 10 are unknown to Plaintiff, who

25 therefore sues the DOE Defendants by fictitious names.  Plaintiff will amend this Complaint to

26 show their true names and capacities when they have been ascertained. Plaintiff is informed and

27 believes, and hereon alleges, that some such Doe defendants are residents of California.

28     3.    Plaintiff is informed and believes that Defendants, each and all of them, at all times

                               -1-

1 | material hereto, were the joint employers, parent companies, successor companies, predecessors in

2 | interest, affiliates, agents, employees, servants, joint venturers, directors, fiduciaries,

3 | representatives, and/or coconspirators of each of the remaining Defendants. The Defendants,

4 | unless otherwise alleged, at all times material hereto, performed all acts and omissions alleged

5 | herein within the course and scope of said relationship, and are a proximate cause of Plaintiff's

6 | damages as herein alleged.

7 | **PARTIES**

8 | 4.    Plaintiff BONNIE ZANDER ("ZANDER") was jointly employed by Defendants

9 | from 11/01/01 through Present.

10 | 5.    Defendant, UNITED WAY SILICON VALLEY ("UWSV") is a California

11 | corporation doing business in the County of Santa Clara, State of California.

12 | **FIRST CAUSE OF ACTION**

13 | **FAILURE TO PAY OVERTIME COMPENSATION UNDER CALIFORNIA INDUSTRIAL**

14 | **WELFARE COMMISSION ORDERS AND CALIFORNIA LABOR CODE**

15 | **(AGAINST UWSV and DOES 1-5)**

16 | 6.    Plaintiff refers to and incorporates by reference Paragraphs 1 through 5.

17 | 7.    This cause of action is brought against UWSV and DOES 1-5, jointly and

18 | individually.

19 | 8.    Pursuant to Industrial Welfare Commission Order No. 4-2001, California Code of

20 | Regulations, Title 8, §11040, for the period of Plaintiffs' employment, Defendants were required to

21 | compensate Plaintiffs for all overtime, which is calculated at one and one-half (1 ½) times the

22 | regular rate of pay for hours worked in excess of eight (8) in a day or forty (40) hours in a week,

23 | and two (2) times the regular rate of pay for hours worked in excess of twelve (12) hours in a day

24 | of hours worked in excess of eight (8) on the seventh consecutive work day in a week.

25 | 9.    Plaintiff ZANDER worked more than eight (8) hours in a single workday or forty

26 | (40) hours in a single workweek on numerous occasions.

27 | 10.    Plaintiff ZANDER was a non-exempt employee and entitled to the above overtime

28 | premiums. Defendants failed to compensate Plaintiffs for all overtime premiums.

-2-
COMPLAINT FOR LABOR VIOLATIONS

1    11.    This Cause of Action is only for work performed after January 1, 2007.

2    12.    Defendants know or should know the actual dates of overtime worked, the amount

3    of overtime worked, and the amount of unpaid overtime due.

4    13.    As a proximate result of Defendants' violations, Plaintiff ZANDER has been

5    damaged in an amount in excess of $15,000 and subject to proof at time of trial.

6    14.    Pursuant to Labor Code §§218.5, 218.6, 510, 1194 and California Code of

7    Regulations, Title 8, §11040, Plaintiff ZANDER is entitled to recover damages for the nonpayment

8    of overtime premiums for all overtime hours worked, penalties, interest, plus reasonable attorney's

9    fees and costs of suit.

10                        <u>SECOND CAUSE OF ACTION</u>

11            **FAILURE TO PROVIDE ADEQUATE MEAL PERIODS UNDER**

12            **CALIFORNIA INDUSTRIAL WELFARE COMMISSION ORDERS**

13                **AND CALIFORNIA LABOR CODE SECTION 512**

14                        **(AGAINST UWSV and DOES 1-5)**

15    15.    Plaintiff refers to and incorporates by reference Paragraphs 1 through 14.

16    16.    This cause of action is brought against UWSV and DOES 1-5, jointly and

17    individually.

18    17.    Pursuant to Industrial Welfare Commission Order No. 4-2001, California Code of

19    Regulations, Title 8, §11040, for the period of Plaintiffs' employment, Defendants were required to

20    provide a thirty (30) minute meal period for any person working more than five (5) hours in a day.

21    18.    Defendants failed to provide Plaintiffs a meal period for numerous days worked.

22    19.    Defendants know or should know the dates for each missed meal period as well as

23    the damages due.

24    20.    This Cause of Action is only for work performed after January 1, 2007.

25    21.    Pursuant to Labor Code §512 and California Code of Regulations, Title 8, §11040,

26    Plaintiff ZANDER is entitled to recover one (1) hour of pay at the regular rate of compensation for

27    each workday that the meal period was not provided.

28    22.    Plaintiff ZANDER prays for damages for missed meals in an amount subject to

-3-

1  proof at time of trial.

2  ## THIRD CAUSE OF ACTION

3  ### FAILURE TO ITEMIZE WAGE STATEMENTS AS REQUIRED

4  ### UNDER LABOR CODE SECTION 226

5  ### (AGAINST UWSV and DOES 1-5)

6  23.    Plaintiff refers to and incorporates by reference Paragraphs 1 through 22.

7  24.    This cause of action is brought against UWSV and DOES 1-5, jointly and
8  individually.

9  25.    Pursuant to Labor Code §226, every employer must furnish each employee an
10  itemized statement of wages and deductions at the time of payment of wages.

11  26.    Defendants knowingly and intentionally furnished Plaintiff pay stubs that did not
12  accurately reflect all the information required by Labor Code § 226.

13  27.    Plaintiff suffered injury from the lack of proper information on the pay stubs
14  provided by Defendants.

15  28.    Plaintiff suffered injury under this cause of action within a period of one (1) year
16  prior to the initiation of this lawsuit.

17  29.    Pursuant to Labor Code §226(e) and (g), Plaintiffs prays for judgment against
18  Defendants in an amount subject to proof at trial plus costs and attorney fees.

19  ## FOURTH CAUSE OF ACTION

20  ### OVERTIME PAY AND LIQUIDATED DAMAGES UNDER 29 U.S.C. §207 and §216

21  ### (AGAINST ALL DEFENDANTS)

22  30.    Plaintiff refers to and incorporates by reference Paragraphs 1 through 29.

23  31.    This cause of action is against all Defendants, jointly and individually.

24  32.    Plaintiff is informed and believes and hereon alleges that Defendants are subject to
25  the provisions of the Fair Labor Standards Act.  Under 29 U.S.C. §207(a) and §216(b),  Plaintiff is
26  entitled to overtime pay at a rate of one and one-half (1 ½) times the regular rate of  pay for hours
27  worked in excess of forty (40) hours in a week and an equal additional amount as liquidated
28  damages, as well as costs and attorney's fees.

33.    Plaintiff worked numerous weeks in excess of forty (40) hours.

34.    Plaintiff was a non-exempt employee and entitled to the above overtime premiums. Defendants failed to compensate Plaintiff for any overtime premiums.

35.    This court has jurisdiction over this cause of action because the federal statute specifically grants the employee the right to bring the action in "any Federal or State court of competent jurisdiction." 29 U.S.C. §216(b).

36.    Plaintiff worked at least one week in which proper overtime premiums were not paid by Defendants under the Fair Labor Standards Act within the two (2) years prior to initiating this lawsuit.

37.    During the time period of October 2004 to December of 2006, Plaintiff worked a total of 581.30 hours of overtime.

38.    On or about November 30, 2007, Defendants agreed that Plaintiff was a non-exempt employee for the work performed between October 2004 and December 2006 and paid her for the overtime hours worked.

39.    Plaintiff still claims liquidated damages for the period three (3) years prior to the initiation of this lawsuit up to December 31, 2006. Some amount of overtime was worked during this period.

40.    Plaintiff claims both overtime and liquidated damages for all work performed on or after January 1, 2007. Some amount of overtime was worked during this period.

41.    Defendant UWSV was the employer of Plaintiff, as the term "employer" is defined in the Fair Labor Standards Act.

42.    DOES 1-10 were the employer of Plaintiff, as the term "employer" is defined in the Fair Labor Standards Act.

43.    Defendants' violations of 29 U.S.C. §207 were willful and intentional.

44.    Plaintiff prays for judgment for overtime pay of $15,000. This amount is subsumed by the overtime pay claimed in the First Cause of Action.

45.    Plaintiff prays for judgment for liquidated damages in the amount of $26,000. This amount is supplemental to the relief requested in all other causes of action.

1    46.    Plaintiff prays for costs and attorney's fees.

2    **FIFTH CAUSE OF ACTION**

3    **VIOLATIONS OF CALIFORNIA BUSINESS AND PROFESSIONS**

4    **CODE SECTION 17200**

5    **(AGAINST UWSV and DOES 1-5)**

6    47.    Plaintiff refers to and incorporates by reference Paragraphs 1 through 46.

7    48.    This cause of action is brought against UWSV and DOES 1-5, jointly and

8    individually.

9    49.    By failing to pay overtime premiums, Defendants' acts constitute unfair and

10    unlawful business practices under Business and Professions Code §17200, et. seq.

11    50.    By failing to provided adequate meal breaks, Defendants' acts constitute unfair and

12    unlawful business practices under Business and Professions Code §17200, et. seq.

13    51.    This claim does not include restitution for the period of October 2004 to December

14    2006. However, it does include restitution for all other periods from four (4) years prior to the

15    initiation of this lawsuit.

16    52.    Plaintiff ZANDER prays for restitution under this Cause of Action in an amount

17    subject to proof at time of trial.

18    **SIXTH CAUSE OF ACTION**

19    **FAILURE TO PROVIDE PAY RECORDS**

20    **(AGAINST UWSV and DOES 1-5)**

21    53.    Plaintiff refers to and incorporates by reference Paragraphs 1 through 52.

22    54.    This cause of action is brought against UWSV and DOES 1-5, jointly and

23    individually.

24    55.    Pursuant to Labor Code §226, employers must provide employees an opportunity to

25    inspect or copy records upon request.

26    56.    Plaintiff requested her pay records in accordance with Labor Code §226 on January

27    26, 2008.

28    57.    Defendants have failed to provide Plaintiff with an opportunity to inspect or copy

-6-
COMPLAINT FOR LABOR VIOLATIONS

1   her records.

2       58.    Pursuant to Labor Code §226, Plaintiff prays for judgment against Defendants in the

3   amount of $750, costs and attorney fees.

4       59.    Pursuant to Labor Code §226, Plaintiff prays for an injunction requiring Defendants

5   to provide Plaintiff with all pay records under Labor Code §226.

6

7   WHEREFORE, Plaintiff prays for the following relief:

8       1.  Damages for overtime not paid to Plaintiff ZANDER in an amount in excess of $15,000

9   and subject to proof at trial.

10      2.  Damages for meal premiums not paid to Plaintiff ZANDER in an amount subject to

11  proof at trial.

12      3.  For damages and penalties under Labor Code §226 for Plaintiff ZANDER in an amount

13  subject to proof at trial.

14      4.  For liquidated damages in the amount of $26,000

15      5.  For $750 for failure to allow Plaintiff to inspect or copy records

16      6.  For restitution and disgorgement for all unfair business practices against Plaintiff

17  ZANDER in an amount subject to proof at trial.

18      7.  For prejudgment and post judgment interest.

19      8.  Cost of suit.

20      9.  Attorneys' fees.

21      10. For such other and further relief as the court may deem proper.

22

23  DATED: February 28, 2008                    LAW OFFICES OF MICHAEL TRACY

24

25                                       By:

26                                              MICHAEL TRACY, Attorney for Plaintiff
                                                BONNIE ZANDER

27

28

1

2    ## DEMAND FOR JURY TRIAL

3    Plaintiffs demand a jury trial.

4    DATED: February 28, 2008                    LAW OFFICES OF MICHAEL TRACY

5
                                        By:
6                                            MICHAEL TRACY, Attorney for Plaintiff
                                            BONNIE ZANDER
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-8-

**POS-015**

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| MEGAN ROSS HUTCHINS  (Bar # 227776)<br>LAW OFFICE OF MICHAEL L. TRACY<br>2030 MAIN STREET, SUITE 1300<br>IRVINE, CA 92614 | |

TELEPHONE NO.: (949) 260-9171     FAX NO. *(Optional):* (866) 365-3051

E-MAIL ADDRESS *(Optional):*

ATTORNEY FOR *(Name):* PLAINTIFF BONNIE REED ZANDER

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF SANTA CLARA**
STREET ADDRESS: 191 N. FIRST STREET
MAILING ADDRESS:
CITY AND ZIP CODE: SAN JOSE 95113
BRANCH NAME: DOWNTOWN

PLAINTIFF/PETITIONER: BONNIE ZANDER

DEFENDANT/RESPONDENT: UNITED WAY SILICON VALLEY, et al.

| NOTICE AND ACKNOWLEDGMENT OF RECEIPT—CIVIL | CASE NUMBER:<br>108CV107176 |
|---|---|

TO *(insert name of party being served):* UNITED WAY OF SILCON VALLEY

### NOTICE

The summons and other documents identified below are being served pursuant to section 415.30 of the California Code of Civil Procedure. Your failure to complete this form and return it within 20 days from the date of mailing shown below may subject you to liability for the payment of any expenses incurred in serving a summons on you in any other manner permitted by law.

If you are being served on behalf of a corporation, an unincorporated association (including a partnership), or other entity, this form must be signed by you in the name of such entity or by a person authorized to receive service of process on behalf of such entity. In all other cases, this form must be signed by you personally or by a person authorized by you to acknowledge receipt of summons. If you return this form to the sender, service of a summons is deemed complete on the day you sign the acknowledgment of receipt below.

Date of mailing: MARCH 5, 2008

JANELLE KLEIN
(TYPE OR PRINT NAME)

► _____
(SIGNATURE OF SENDER—MUST NOT BE A PARTY IN THIS CASE)

### ACKNOWLEDGMENT OF RECEIPT

This acknowledges receipt of *(to be completed by sender before mailing):*
1. [X] A copy of the summons and of the complaint.
2. [X] Other *(specify):*

NOTICE OF CASE MANAGEMENT CONFERENCE

*(To be completed by recipient):*

Date this form is signed: 3/25/08

Rona P. Layton
(TYPE OR PRINT YOUR NAME AND NAME OF ENTITY, IF ANY, ON WHOSE BEHALF THIS FORM IS SIGNED)

► Rona Layton, Attorney
(SIGNATURE OF PERSON ACKNOWLEDGING RECEIPT, WITH TITLE IF ACKNOWLEDGMENT IS MADE ON BEHALF OF ANOTHER PERSON OR ENTITY)

NOTICE AND ACKNOWLEDGMENT OF RECEIPT — CIVIL

MAR 10 2008

Page 1 of 1
Code of Civil Procedure,
§§ 415.30, 417.10
www.courtinfo.ca.gov
LexisNexis® Automated California Judicial Council Forms

JS 44 (Rev. 12/07) (cand-rev 08)

Case 5:08-cv-01828-RS   Document 1-4   Filed 04/04/2008   Page 1 of 2

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON PAGE TWO OF THE FORM.)

## I. (a) PLAINTIFFS

DON ROLLAND DONFRAY

**DEFENDANTS**

UNITED COLLECTION BUREAU, INC.

**(b)** County of Residence of First Listed Plaintiff  Santa Clara
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant
(IN U.S. PLAINTIFF CASES ONLY)
NOTE:   IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

E-FILING

**(c)** Attorney's (Firm Name, Address, and Telephone Number)

Consumer Law Center, Inc.
12 South First Street, Suite 1014
San Jose, California 95113-2418
Telephone Number: (408) 294-6100

Attorneys (If Known)

ADR C08 01823 HRL

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)

- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant)
(For Diversity Cases Only)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** / **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane  ☐ 362 Personal Injury— Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability  ☐ 365 Personal Injury — Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander  ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability  **PERSONAL PROPERTY** | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle  ☐ 370 Other Fraud | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability  ☐ 371 Truth in Lending | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury  ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** / **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment  ☐ 510 Motions to Vacate Sentence | ☐ 791 Empl. Ret. Inc. Security Act | | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations  **Habeas Corpus:** | | **FEDERAL TAX SUITS** | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare  ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities – Employment  ☐ 535 Death Penalty | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities – Other  ☐ 540 Mandamus & Other  ☐ 550 Civil Rights  ☐ 555 Prison Condition | **IMMIGRATION** | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | ☐ 462 Naturalization Application  ☐ 463 Habeas Corpus – Alien Detainee  ☐ 465 Other Immigration Actions | | |

## V. ORIGIN (Place an "X" in One Box Only)

- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
Federal Fair Debt Collection Practices Act, 15 U.S.C. sec 1692, et seq.

Brief description of cause:
Unlawful debt collection practices

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23    DEMAND $    CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
PLEASE REFER TO CIVIL L.R. 3-12 CONCERNING REQUIREMENT TO FILE "NOTICE OF RELATED CASE."

## IX. DIVISIONAL ASSIGNMENT (CIVIL L.R. 3-2)
(PLACE AND "X" IN ONE BOX ONLY)    ☐ SAN FRANCISCO/OAKLAND    ☒ SAN JOSE

DATE 4/2/2008    SIGNATURE OF ATTORNEY OF RECORD  *Joanna Longo*

## INSTRUCTIONS FOR ATTORNEYS COMPLETING CIVIL COVER SHEET FORM JS 44

### Authority For Civil Cover Sheet

The JS 44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleading or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently, a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. The attorney filing a case should complete the form as follows:

**I.    (a) Plaintiffs-Defendants.** Enter names (last, first, middle initial) of plaintiff and defendant. If the plaintiff or defendant is a government agency, use only the full name or standard abbreviations. If the plaintiff or defendant is an official within a government agency, identify first the agency and then the official, giving both name and title.

**(b) County of Residence.** For each civil case filed, except U.S. plaintiff cases, enter the name of the county where the first listed plaintiff resides at the time of filing. In U.S. plaintiff cases, enter the name of the county in which the first listed defendant resides at the time of filing. (NOTE: In land condemnation cases, the county of residence of the "defendant" is the location of the tract of land involved.)

**(c) Attorneys.** Enter the firm name, address, telephone number, and attorney of record. If there are several attorneys, list them on an attachment, noting in this section "(see attachment)".

**II.    Jurisdiction.** The basis of jurisdiction is set forth under Rule 8(a), F.R.C.P., which requires that jurisdictions be shown in pleadings. Place an "X" in one of the boxes. If there is more than one basis of jurisdiction, precedence is given in the order shown below.

United States plaintiff. (1) Jurisdiction based on 28 U.S.C. 1345 and 1348. Suits by agencies and officers of the United States are included here.

United States defendant. (2) When the plaintiff is suing the United States, its officers or agencies, place an "X" in this box.

Federal question. (3) This refers to suits under 28 U.S.C. 1331, where jurisdiction arises under the Constitution of the United States, an amendment to the Constitution, an act of Congress or a treaty of the United States. In cases where the U.S. is a party, the U.S. plaintiff or defendant code takes precedence, and box 1 or 2 should be marked.

Diversity of citizenship. (4) This refers to suits under 28 U.S.C. 1332, where parties are citizens of different states. When Box 4 is checked, the citizenship of the different parties must be checked. (See Section III below; federal question actions take precedence over diversity cases.)

**III.    Residence (citizenship) of Principal Parties.** This section of the JS 44 is to be completed if diversity of citizenship was indicated above. Mark this section for each principal party.

**IV.    Nature of Suit.** Place an "X" in the appropriate box. If the nature of suit cannot be determined, be sure the cause of action, in Section VI below, is sufficient to enable the deputy clerk or the statistical clerks in the Administrative Office to determine the nature of suit. If the cause fits more than one nature of suit, select the most definitive.

**V.    Origin.** Place an "X" in one of the seven boxes.

Original Proceedings. (1) Cases which originate in the United States district courts.

Removed from State Court. (2) Proceedings initiated in state courts may be removed to the district courts under Title 28 U.S.C., Section 1441. When the petition for removal is granted, check this box.

Remanded from Appellate Court. (3) Check this box for cases remanded to the district court for further action. Use the date of remand as the filing date.

Reinstated or Reopened. (4) Check this box for cases reinstated or reopened in the district court. Use the reopening date as the filing date.

Transferred from Another District. (5) For cases transferred under Title 28 U.S.C. Section 1404(a). Do not use this for within district transfers or multidistrict litigation transfers.

Multidistrict Litigation. (6) Check this box when a multidistrict case is transferred into the district under authority of Title 28 U.S.C. Section 1407. When this box is checked, do not check (5) above.

Appeal to District Judge from Magistrate Judgment. (7) Check this box for an appeal from a magistrate judge's decision.

**VI.    Cause of Action.** Report the civil statute directly related to the cause of action and give a brief description of the cause. **Do not cite jurisdictional statutes unless diversity.**      Example:    U.S. Civil Statute: 47 USC 553
        Brief Description: Unauthorized reception of cable service

**VII.    Requested in Complaint.** Class Action. Place an "X" in this box if you are filing a class action under Rule 23, F.R.Cv.P.

Demand. In this space enter the dollar amount (in thousands of dollars) being demanded or indicate other demand such as a preliminary injunction.

Jury Demand. Check the appropriate box to indicate whether or not a jury is being demanded.

**VIII.    Related Cases.** This section of the JS 44 is used to reference related pending cases if any. If there are related pending cases, insert the docket numbers and the corresponding judge names for such cases.

**Date and Attorney Signature.** Date and sign the civil cover sheet.