```
 1  MICHAEL L. TRACY, ESQ. (SBN 237779)
    MEGAN ROSS HUTCHINS, ESQ. (SBN 227776)
 2  LAW OFFICES OF MICHAEL L. TRACY
    2030 Main Street, Suite 1300
 3  Irvine, CA  92614
    mhutchins@michaeltracylaw.com
 4  T: (949) 260-9171
    F: (866) 365-3051
 5
    Attorneys for Plaintiff
 6  BONNIE ZANDER
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BONNIE ZANDER, an individual, | Case No. C08-01828 RS |
| Plaintiff, | **REQUEST FOR TELEPHONIC APPEARANCE AT CASE MANAGEMENT CONFERENCE** |
| vs. | |
| UNITED WAY SILICON VALLEY, a California corporation; and DOES 1 through 10, inclusive, | |
| Defendants. | |

Plaintiff BONNIE ZANDER hereby requests through her counsel of record, to appear telephonically at the case management conference presently set in Courtroom 4 of the above-entitled court at 2:30 p.m. on July 23, 2008 in front of the Honorable Richard Seeborg.

DATED: July 16, 2008                    LAW OFFICES OF MICHAEL L. TRACY

                               By:  _____
                                    MEGAN ROSS HUTCHINS, Attorney for
                                    Plaintiff BONNIE ZANDER

---

REQUEST FOR TELEPHONIC APPEARANCE