1  Rona P. Layton (SBN: 121238)
   SIMS & LAYTON
2  84 W. Santa Clara St., #660
   San Jose, CA 95113
3  (408) 998-3400

4  Attorneys for Defendant

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| BONNIE ZANDER, | CASE NO. C08-01828 RS |
| Plaintiff, | CERTIFICATION OF INTERESTED ENTITIES OR PERSONS BY DEFENDANT UNITED WAY SILICON VALLEY |
| v. | |
| UNITED WAY SILICON VALLEY, A California Corporation; and DOES 1 through 10, inclusive. | |
| Defendants. | |

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there are no such interested entities or persons to report.

                                            SIMS & LAYTON

Dated:   7-16-08                    By:   /s/ Rona P. Layton
-                                         RONA P. LAYTON
                                          Attorneys for Defendant

Defendant's Certification.-C-08-01828-RS