**United States District Court**
For the Northern District of California

***E-FILED***
**July 16, 2008**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BONNIE ZANDER,                                                              No. C 08-01828 RS

        Plaintiff,

   v.                                                                                    **CLERK'S NOTICE**

UNITED WAY SILICON VALLEY,

        Defendant.
_____/

TO ALL PARTIES AND COUNSEL OF RECORD:

    The Case Management Conference set for **July 23, 2008 at 2:30 p.m.** will be conducted telephonically. No later than Friday, July 18, 2008, the parties shall contact Court Conference at 866/582-6878 to arrange participation by telephone.

Dated: July 16, 2008

                                                                                   For the Court,
                                                                                   RICHARD W. WEIKING, Clerk

                                                                                    By:   /s/ Martha Parker Brown
                                                                                                Courtroom Deputy Clerk

1 **THIS IS TO CERTIFY THAT THIS NOTICE WAS ELECTRONICALLY PROVIDED TO:**

2 Rona Page Layton     rlayton@simsandlayton.com

3 Phi Mai     smai@simsandlayton.com

4 Michael Lion Tracy     mtracy@michaeltracylaw.com

7 Counsel are responsible for distributing copies of this document to co-counsel who have not registered for e-filing under the court's CM/ECF program.

9 Dated: July 16, 2008

2