# UNITED STATES DISTRICT COURT

### Northern District of California

| | |
|---|---|
| Zander, | 08-01828 RS ENE |
|         Plaintiff(s), | **Notice of Appointment of Evaluator** |
|     v. | |
| United Way of Silicon Valley, | |
|         Defendant(s). | |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Evaluator assigned to this case is:

**Stephen D. Pahl**
Pahl & McCay
225 W. Santa Clara St., Suite 1500
San Jose, CA 95113
408-286-5100
spahl@pahl-mccay.com

Counsel shall familiarize themselves with the requirements of ADR L.R. 5 which governs the ENE program. The evaluator will schedule a joint phone conference with counsel under ADR L.R. 5-7 and will set the date of the ENE session within the deadlines set by ADR L.R. 5-5 or the court order referring this action to ENE. The court permits the evaluator to charge each party its pro rata share of the cost of the phone conference.

**Notice of Appointment of Evaluator**
08-01828 RS ENE                          - 1 -

1   Counsel are reminded that the written ENE statements required by the ADR L.R.
2   5-8 shall NOT be filed with the court.

4   Dated: July 24, 2008

RICHARD W. WIEKING
Clerk
by:    Claudia M. Forehand

---
ADR Case Administrator
415-522-2059
Claudia_Forehand@cand.uscourts.gov

**United States District Court**
**Northern District of California**

**Notice of Appointment of Evaluator**
08-01828 RS ENE                    - 2 -